JAMES CRAIG, executor of John A. Young, deceased, appellant,

*v.*

WATERS B. PARRET, administrator of Catherine Craig, respondent.

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *Parret* v. *Craig, 11 Dick. Ch. Rep. 280.*

*Mr. Earle Insley,* for the appellant.

*Mr. Charles H. Hartshorne,* for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—COLLINS, GARRISON, LIPPINCOTT, LUDLOW, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH—10.

*For reversal*—DIXON—1.